# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DOLLY CARRIE RIVERA,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security Administration,<br>*Defendant* | )<br>)<br>)  Civil Action No. 13-CV-0163-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 20, is GRANTED
Judgment is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security Administration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on motions for Summary Judgment (ECF Nos. 19 and 20).

Date:  September 12, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen